**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KARLI NORMAND, individually and on behalf of )
all others similarly situated, )          Case No.: 7:22-cv-08590
                                          )
        Plaintiff, )
                                          )
v. )
                                          )
EMPRESS AMBULANCE SERVICES, )
INC., d/b/a EMPRESS EMS, )
                                          )
        Defendant. )
_____)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Karli Normand ("Plaintiff"), pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), hereby dismisses this action as follows:

1. All claims of Plaintiff, individually, are dismissed without prejudice; and

2. All claims of any unnamed member of the proposed class are dismissed without

   prejudice.

Dated: November 1, 2024          Respectfully submitted,

                                 **KOPELOWITZ OSTROW P.A.**

                                 By: /s/ Steven Sukert
                                 Steven Sukert (Bar No. 5690532)
                                 Jonathan M. Streisfeld
                                 Kristen Cardoso
                                 1 W. Las Olas Blvd., Suite 500
                                 Fort Lauderdale, Florida 33301
So Ordered                       Telephone: (954) 525-4100
                                 Facsimile: (954) 525-4300
11/4/24                          Email: sukert@kolawyers.com
                                        streisfeld@kolawyers.com
                                        cardoso@kolawyers.com

                                 *Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2024, a copy of the foregoing document was filed via the Court's CM ECF filer system, thereby causing a true and correct copy to be sent to all ECF registered counsel of record.

/s/ Steven Sukert
Steven Sukert

4873-0160-2805, v. 1